```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 03400
    AISHA ALBAKRI
                                            CHAPTER 13

                                            JUDGE: A BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-8273

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 01/29/2004 and was confirmed 08/31/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was transfer to marilyn marshall 06/19/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
-------------------------------------------------------------------------------
BANK OF AMERICA NA         CURRENT MORTG         .00             .00            .00
BANK OF AMERICA NA         MORTGAGE ARRE    12479.01             .00       12479.01
OCWEN LOAN SERVICING LLC   CURRENT MORTG         .00             .00            .00
OCWEN LOAN SERVICING LLC   MORTGAGE ARRE    12221.79             .00       12221.79
FAIRBANKS CAPITAL          CURRENT MORTG         .00             .00            .00
FAIRBANKS CAPITAL          MORTGAGE ARRE         .00             .00            .00
COOK COUNTY TREASURER      SECURED NOT I     467.86              .00            .00
CARDMEMBER SERVICES        UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO WATER DE   UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO WATER DE   UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO WATER DE   UNSECURED        NOT FILED            .00            .00
DEFRESS & FISKE            FILED LATE        3645.08             .00            .00
HARRIS & HARRIS            UNSECURED        NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED             .00             .00            .00
PIERCE & ASSOCIATES        UNSECURED        NOT FILED            .00            .00
VALENTINE & KEBARTAS       UNSECURED        NOT FILED            .00            .00
T MOBILE                   UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO WATER DE   UNSECURED        NOT FILED            .00            .00
B-FIRST LLC                UNSECURED         4691.74             .00         892.89
PRO SE DEBTOR              DEBTOR ATTY           .00                            .00
TOM VAUGHN                 TRUSTEE                                         1,326.31
DEBTOR REFUND              REFUND                                               .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   26,920.00

PRIORITY                                            .00
SECURED                                       24,700.80
UNSECURED                                        892.89

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 03400 AISHA ALBAKRI
```

```
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                             1,326.31
DEBTOR REFUND                                                         .00
                                      ---------------    ---------------
TOTALS                                      26,920.00          26,920.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 09/26/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE