IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Albakri, Aisha

Printed: 2/19/08

Case Number: 04 B 03400
Judge: Goldgar, A. Benjamin
Filed: 6/19/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 11, 2008
Confirmed: August 31, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,098.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 3,798.85 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 216.85 |
| Other Funds: |  | 82.30 |
| Totals: | 4,098.00 | 4,098.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bank Of America | Secured | 0.00 | 0.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Bank Of America | Secured | 12,479.01 | 0.00 |
| 5. | Ocwen Federal Bank FSB | Secured | 12,221.79 | 0.00 |
| 6. | Defrees & Fisk | Unsecured | 3,645.08 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 3,798.85 | 3,798.85 |
| 8. | Peoples Energy Corp | Unsecured | 3,028.77 | 0.00 |
| 9. | Select Portfolio Servicing | Secured |  | No Claim Filed |
| 10. | City Of Chicago | Unsecured |  | No Claim Filed |
| 11. | City Of Chicago | Unsecured |  | No Claim Filed |
| 12. | Balentine & Kebartas | Unsecured |  | No Claim Filed |
| 13. | City Of Chicago | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 35,173.50 | $ 3,798.85 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 216.85 |
|  | _____ |
|  | $ 216.85 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Albakri, Aisha | Case Number:  04 B 03400 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  2/19/08 | Filed:  6/19/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

